FILED

05/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0127

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0127

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER ROBIN LEDEAU,

Defendant and Appellant.

---

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 24, 2024, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 14 2024